NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FAST MEMORY ERASE, LLC,**
*Plaintiff-Appellee,*

v.

**INTEL CORPORATION,
NUMONYX B.V., AND NUMONYX, INC.,**
*Defendants-Appellants,*

AND

**SONY ERICSSON MOBILE COMMUNICATIONS
AB, SONY ERICSSON MOBILE
COMMUNICATIONS (USA), INC., APPLE INC.,
AND MOTOROLA, INC.,**
*Defendants.*

---

2011-1283

---

Appeal from the United States District Court for the Northern District of Texas in case no. 10-CV-0481, Judge Barbara M.G. Lynn.

---

ON MOTION

---

ORDER

Upon consideration of the motion to withdraw Theresa M. Dawson as counsel of record for Fast Memory Erase, LLC,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jeffrey R. Bragalone, Esq.
     Theresa M. Dawson, Esq.
     Chris R. Ottenweller, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2011

JAN HORBALY
CLERK